UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFRA ALDAKAK, | No. 2:15-cv-0433 AC P |
| Plaintiff, | |
| v. | ORDER |
| DEPUTY HARRY, et al., | |
| Defendants. | |

    Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On March 10, 2015, plaintiff was directed to submit a completed application to proceed in forma pauperis and certified copy of his prison trust account statement. ECF No. 4. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 7. Plaintiff has not, however, filed a <u>certified</u> copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided an opportunity to submit the <u>certified</u> copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. He will not be required to file another application to proceed in forma pauperis. Plaintiff is advised that failure to provide a <u>certified</u> copy of his prison trust account statement will result in denial of his application to proceed in forma pauperis and a recommendation that his action be dismissed without prejudice.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a <u>certified</u> copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 17, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE