UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFRA ALDAKAK, | No. 2:15-cv-0433 AC P |
| Plaintiff, | |
| v. | ORDER |
| HARRY, et al., | |
| Defendants. | |

Plaintiff, a former county prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 5.

A recent court order was served on plaintiff's address of record and returned by the postal service. Additionally, the Sacramento County Sheriff's Department has filed a notice advising that plaintiff is no longer in its custody. ECF No. 12. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

////

////

////

Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice for failure to prosecute.  <u>See</u> L.R. 183(b).

DATED: April 4, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE